# Exhibit A

Clerk of the Superior Court
*** Electronically Filed ***
C. McWhorter, Deputy
9/27/2023 3:57:40 PM
Filing ID 16663157

Person/Attorney Filing: Claudio E Iannitelli
Mailing Address: 5353 North 16th St. Suite 315
City, State, Zip Code: Phoenix, AZ 85016
Phone Number: (602)952-6000X111
E-Mail Address: cei@imlawpc.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 012759, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

OUTFRONT Media LLC
Plaintiff(s),
v.
Law Firm of Aaron A. Herbert, P.C.
Defendant(s).

Case No. **CV2023-014976**

**SUMMONS**

To: Law Firm of Aaron A. Herbert, P.C.

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
   served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an
   Answer in writing with the Court, and you must pay the required filing fee. To file your
   Answer, take or send the papers to <u>Clerk of the Superior Court, 201 W. Jefferson,
   Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's
   approved electronic filing systems at http://www.azcourts.gov/efilinginformation.</u>
   Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
   of this Summons.
   Note: If you do not file electronically you will not have electronic access to the documents
   in this case.

3. If this Summons and the other court papers were served on you within the State of
   Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
   date of service, not counting the day of service. If this Summons and the other court papers
   were served on you outside the State of Arizona, your Answer must be filed within
   THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
   service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *September 27, 2023*

*JEFF FINE*
Clerk of Superior Court

By: *C. MCWHORTER*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #8286062

Clerk of the Superior Court
*** Electronically Filed ***
C. McWhorter, Deputy
9/27/2023 3:57:40 PM
Filing ID 16663154

Claudio E. Iannitelli (012759) - cei@imlawpc.com
**IANNITELLI MARCOLINI, P.C.**
5353 North 16th Street, Suite 315
Phoenix, Arizona 85016
(602) 952-6000
*Attorneys for Plaintiff*

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| OUTFRONT MEDIA LLC, a Delaware limited liability company, | No. **CV2023-014976** |
| Plaintiff, | **COMPLAINT** |
| v. | (Civil – Breach of Contract) |
| LAW FIRM OF AARON A. HERBERT, P.C., a Texas professional corporation, | |
| Defendant. | |

For its Complaint, Plaintiff alleges:

1.      Plaintiff OUTFRONT Media LLC is a Delaware limited liability company authorized to transact business in the State of Arizona.

2.      Defendant Law Firm of Aaron A. Herbert, P.C. is a Texas professional corporation.

3.      The Court has jurisdiction to hear this matter and venue is proper. The written credit agreement executed by Defendant, upon which this action is based, designates Maricopa County, Arizona as the exclusive legal venue for any lawsuit filed, and the amount in controversy exceeds the minimum jurisdictional requirements for the Superior Court.

4.      On or about November 29, 2021, Defendant submitted a Credit Application to Plaintiff, a copy of which is attached hereto as **Exhibit A.**  Pursuant to

1

such submission and subject to the terms and conditions contained in the Credit Application, Plaintiff established a customer profile for Defendant which did not require payment in advance and instead permitted payment for contractual obligations based upon installment payments upon monthly/term period invoicing for the length of each contractual undertaking ("Monthly Billings").

5. Defendant, by and through its authorized agent, entered into an Advertiser Agreement, contract number 3385920, dated November 17, 2021, with Plaintiff (hereinafter the "Agreement"), whereby Plaintiff agreed to provide certain billboard advertising services as requested by Defendant. Attached hereto as **Exhibit B** is a true and accurate copy of the Agreement.

6. Plaintiff accepted the Agreement subject to the terms of the Credit Application as the Agreement called for Monthly Billings.

7. Plaintiff met all of its obligations under the Agreement and fully complied with all material provisions of the Agreement and the Credit Application.

8. Defendant breached its contractual obligations to Plaintiff by failing to pay Plaintiff, in full, for the agreed upon value of the advertising services provided by Plaintiff to Defendant under the Agreement and, after deducting all payments and just credits, Defendant is now indebted to Plaintiff in the principal sum of $106,500.00, plus accrued interest through September 26, 2023 in the amount of $25,465.05, with interest continuing to accrue on the unpaid principal balance owed at the contractual rate of eighteen percent (18%) per annum from September 26, 2023 until paid. A Statement of Account is attached hereto as **Exhibit C**.

9. Pursuant to the express terms of the Credit Application, Plaintiff is entitled to recover its reasonable attorneys' fees and costs.

10. In the event Plaintiff obtains judgment by default, Plaintiff requests actual attorneys' fees, not to exceed $2,500.00, be awarded upon default.

THEREFORE, Plaintiff OUTFRONT Media LLC requests judgment against Defendant Law Firm of Aaron A. Herbert, P.C. as follows:

2

A.     For the principal sum of $106,500.00, plus accrued interest through September 26, 2023 in the amount of $25,465.05, with interest continuing to accrue on the unpaid principal balance at the contractual rate of eighteen percent (18%) per annum from September 26, 2023 until paid;

B.     For Plaintiff's reasonable attorneys' fees and costs incurred herein, pursuant to the express terms of the Credit Application, with interest accruing at the lesser of ten percent (10%) per annum and the current prime rate plus one percent (1%), from the date of judgment until paid;

C.     In the event of a default judgment, for Plaintiff's actual attorneys' fees, not to exceed $2,500.00;

D.     For Plaintiff's reasonable attorneys' fees and costs incurred in the enforcement of the judgment, subject to subsequent review by the Court as to the reasonableness of such attorneys' fees and costs; and

E.     For additional relief this Court deems proper.

SUBMITTED this 27th day of September, 2023.

**IANNITELLI MARCOLINI, P.C.**

By     _/s/ Claudio E. Iannitelli_
            Claudio E. Iannitelli
            Attorneys for Plaintiff

4893-8416-1922, v. 1

EXHIBIT A

EXHIBIT A

# EXHIBIT #__A__

EXHIBIT A

## Credit Application

**OUTFRONT/**

**OUTFRONT**

185 Highway 46, Fairfield, NJ 07004
Phone: (973) 439-8866   Fax: (973) 439-8893
Website: https://www.outfrontmedia.com/

Applicant:                              Request ID: REQ01146794                              **Nov 29, 2021 02:04 PM EDT**

Law Firm of Aaron A. Herbert, P.C.
Law Firm of Aaron A. Herbert (DBA name)                                        Sales/Customer Service Rep:
8330 LBJ Fwy 700                                                                          **Trent Jones**
Dallas TX 75243 US                                                             Sales Market/Account Executive

Phone: (214) 347-4259                                                                    **South - DALLAS**
                                                                              Originating User Assignment:
                                                                              **Trent Jones, Account Executive**

### Credit Request

| | |
|---|---|
| Credit amount requested | **USD 100,000.00** |
| Tax Exempt purchase or service | **NO** |

### Business Profile

| | |
|---|---|
| Number of Employees | **10 - 20 employees** |
| Annual Sales | **$3million - $5million** |
| Federal Tax ID | **47-3274473** |
| Organization Type | **Corporation-Private** |
| Type of Business | **Other** |
| Year Established | **2002** |
| State/Province of Incorporation | **TX** |

### Contract Detail New

| | |
|---|---|
| Does this customer have an existing proposal or contract? | **Yes** |
| Proposal/Contract # | **3385920** |
| Proposal/Contract Amount | **106,500** |
| Account Number | **1120172** |

### Customer Business Category

| | |
|---|---|
| Please select customer's business category | **Other** |

### Owner/Principal Officers' Information

Aaron Herbert Owner/Proprietor
Phone: (214) 336-4004
E mail: aherbert@texaslegaladvice.com

### Bank and Trade References

| Reference Type | Company | Contact Person |
|---|---|---|
| BANK | Chase | Sam Khammanivong |

Page 1/4

Account #: 891790086

TX

Phone: (972) 219-0632
Fax: (866) 894-1074
E-mail: sam.x.khammanivong@chase.com

## Billing Information (For Statements and Invoices): & Accounts Payable Contact:

**Bill To:**

Aaron Herbert
Law Firm of Aaron A. Herbert, P.C.
8330 LBJ Fwy
700
Dallas TX 75243
(214) 336-4004 (Phone)
aherbert@texaslegaladvice.com (E-mail)

**Accounts Payable Contact:**

Aaron Herbert
Law Firm of Aaron A. Herbert, P.C.
(214) 336-4004 (Phone)
aherbert@texaslegaladvice.com (E-mail)

## Authorization:

The undersigned hereby authorizes the banking institution noted above to provide Outfront Media with a standard credit reference. The undersigned certifies that the information furnished in this application is true and correct, and that the undersigned has read and agreed to all the terms and conditions of this agreement.

| | | | |
|---|---|---|---|
| **Application Completed By** | Aaron Herbert | **Title** | Owner/Proprietor |
| **Authorized Signatory** | Aaron Herbert | **Title** | Owner |
| **Signature** | | **Date** | Nov 29, 2021 02:04 PM EDT |

*E-mail: aherbert@texaslegaladvice.com*

## Terms & Conditions

## TERMS AND CONDITIONS

1. The party identified on the first page hereof ("Customer") makes application to Outfront Media ("OM") to become or continue as a customer, and/or for credit and/or to update and reconfirm Customer's existing account balances with OM. Customer agrees to be bound by the terms hereof and the terms of agreements for services executed by Customer or Customer's agents.
2. As it relates to an application for credit:

- OM is hereby authorized to contact and obtain information regarding Customer from any party with whom Customer has business dealings whether or not such parties have been disclosed as part of this request for credit.
- Customer agrees that any financial documents provided to OM are true and correct, and will provide OM such documents, from time to time upon request. The signer of these Terms and Conditions specifically warrants and represents to OM that Customer is solvent as of the date of this agreement and that OM shall be immediately notified if such condition changes at any time in the future, and that any Financial Statement attached accurately reflects the present financial condition of Customer.

3. With the exception of COD orders (which shall be paid at the time of order), all sums owed to OM by Customer shall be paid in accordance with the terms and conditions expressed on any written contract for services executed by Customer or Customer's authorized agent and unless otherwise explicitly agreed in writing, all sums shall be come due and payable 30 days after the date of any invoice issued by OM and all amounts remaining unpaid 31 or more days shall bear an interest charge at the rate of one and one half percent (1.5%) per month. Customer recognizes that invoices are issued as a courtesy and a reminder of Customer's payment obligations under the agreements for services. Accordingly, in the event Customer does not receive any invoice issued, the amount due shall nonetheless become due and payable within 30 days after the date of the invoice. If an invoice is not issued, the amount due shall nonetheless become due and payable 30 days after the first day of the month for which the charges relate.

4. If OM is not paid on time, Customer shall pay for all costs and expense incurred by OM in connection with OM's attempts to obtain payment, including fees charged by a collection agency or attorney. Customer agrees that for and in consideration of OM's extension of credit, that this agreement is to be construed under the laws of the State of Arizona, and that if legal action is brought to enforce this agreement or to seek payment of any amounts due to OM by Customer, that Maricopa County, Arizona, shall be the exclusive jurisdiction and legal venue for said action. If OM refers this agreement to an attorney for enforcement, including collection of amounts which are past due, Customer agrees to pay OM's actual attorneys' fees and out of pocket costs incurred thereby, whether or not formal proceedings are brought to remedy Customer's breach.

5. As it relates to payments by credit card and ACH, Customer authorizes Outfront Media to charge their credit card the amount set forth on invoices, issued by Outfront Media with respect to the services they have been provided under agreements for services. Charges shall occur on the invoice date or the start of the advertising display period, whichever is later. For accounts setup with a recurring credit card, customer acknowledges that invoices will be made available for their review through their MyOutfrontMedia account only, and will generally NOT be mailed to Customer. Customer acknowledges and understands that may cancel future payments in the MyOutfrontMedia payment center.

6. This agreement embodies the entire agreement of the parties regarding an application for credit or any other actions or services under these terms and conditions. The parties agree that other agreements will be executed regarding services to be provided by OM. No revocation, partial or otherwise, or change, amendment, addition, alteration or modification shall be valid unless the same be in writing signed by all the parties hereto.

check to agree

☑ By checking this box, I agree to the attached Terms & Conditions. Click here to read.

| | | | |
|---|---|---|---|
| **Application Completed By** | Aaron Herbert | **Title** | Owner/Proprietor |
| **Authorized Signatory** | Aaron Herbert | **Title** | Owner |
| **Signature** | *Aaron Herbert* | **Date** | Nov 29, 2021 02:04 PM EDT |

*E-mail: aherbert@texaslegaladvice.com*                                        *Public IP: 66.196.199.10*

**Authorization For Electronic Credit Reference**

The undersigned agrees and authorizes OUTFRONT or any other reporting service employed by OUTFRONT to obtain credit reference information from references herein listed in this application. Please note that your authorization is also made available to your references herein listed in this application.

**Application Completed By**   Aaron Herbert         Title         Owner/Proprietor

**Authorized Signatory**   Aaron Herbert          Title         Owner

**Signature**                                    Date        Nov 29, 2021 02:04 PM EDT

*E-mail: aherbert@texaslegaladvice.com*                                      *Public IP: 66.196.199.10*

EXHIBIT B

EXHIBIT B

# EXHIBIT #__B__

EXHIBIT B

DocuSign Envelope ID: 2379F5D3-32C7-44CB-B4E2-F6AF92416C2C

# OUTFRONT/

## ADVERTISER AGREEMENT

PAGE 1 OF 6

CONTRACT NO.: 3385920

DATE: 11/17/21

ADVERTISER: Law Firm of Aaron A. Herbert
BRAND:
CAMPAIGN:

CLIENT SUPPLIES PRODUCTION: Yes
ACCOUNT EXECUTIVE: Trent Jones (L22)

*Copy must meet Production specifications and be received 10 working days prior to each advertising period.*

THIS AGREEMENT AND THE COPY TO BE DISPLAYED HEREUNDER IS SUBJECT TO THE APPROVAL OF OUTFRONT MEDIA'S MARKET GENERAL MANAGER AND THE OWNER OF THE LOCATION AS APPLICABLE

OUTFRONT media
1201 Main St., Suite 1700
Dallas, TX 75202
972-243-1100
(972) 243-3906

Advertiser Bill-To# 1120172
Law Firm of Aaron A. Herbert
8310 Lyndon B Johnson Freeway
Suite 700
Dallas, TX 75243-1206
214 347 6259
Attn. Aaron Herbert

Subject to the terms of the Production Information Addendum Page and the OUTFRONT Media Terms and Conditions of Advertising Service each attached hereto and made a part hereof, the advertiser and/or agency listed on this page (collectively, "Advertiser") hereby contracts with Outfront Media LLC ("Company") for the display of advertising copy ("Copy") on the advertising display(s) described below, commencing approximately on the commencement date of the Advertising Period listed below and delivered in accordance with and subject to Company's Specifications for Inventory and Packages located at www.outfrontmedia.com/resources/posting-standards (the "Inventory Specifications"). Advertiser shall provide the Copy in the form and type and within the timeframe specified by Company, including sufficient overage Copy and posting instructions.
See Production Information Addendum page for shipping quantities and addresses for static copy; For further specifications regarding the inventory and packages purchased under this Contract, see the asset descriptions at www.outfrontmedia.com/resources/posting-standards.

| Market | Media/Location(s) | Size | GRP/ IMP 18+ | Units | Advertising Period | No. of Periods | * | Period Cost |
|---|---|---|---|---|---|---|---|---|
| Dallas, TX | Bulletins-General Coverage/Unit# 2-2158-O I-30 (E.R.I..T.) W/O Dolphin N/S F/W | 14'x48' | | 1 | 12/06/21-12/04/22 | 13.00 | 4W | $1,200.00 |
| Dallas, TX | Bulletins/General Coverage/Unit# 2-6202-O I-30 (Tom Landry) 600' W/O Beckley N/S F/W | 14'x48' | | 1 | 12/06/21-12/04/22 | 13.00 | 4W | $1,000.00 |
| Dallas, TX | Bulletins/General Coverage/Unit# 2-7047-O I-30 (Tom Landry) .6 Mi W/O Westmoreland S/S F/F | 14'x48' | | 1 | 12/06/21-12/04/22 | 13.00 | 4W | $2,400.00 |
| Dallas, TX | Bulletins/General Coverage/Unit# 2-7493-O I-30 (E.R.I..T.) 300' E/O Ferguson S/S F/E | 12'x48' | | 1 | 12/13/21-12/11/22 | 13.00 | 4W | $1,600.00 |
| Dallas, TX | Bulletins/General Coverage/Unit# 2-9017-O I-30 (E.R.I..T.) .1 Mi E/O Winslow N/S F/F | 14'x48' | | 1 | 12/06/21-12/04/22 | 13.00 | 4W | $1,800.00 |

Special Instructions:

Net Space Total: $104,000.00
Net Non-Space Total: $2,500.00
Net Agreement Total: $106,500.00

THIS AGREEMENT IS NON-CANCELABLE BY ADVERTISER EXCEPT AS SET FORTH IN THE TERMS AND CONDITIONS ATTACHED HERETO. THIS CONTRACT CONSISTS OF THIS PAGE, THE INVENTORY SPECIFICATIONS LOCATED AT WWW.OUTFRONTMEDIA.COM/RESOURCES/POSTING-STANDARDS, THE PRODUCTION INFORMATION ADDENDUM PAGE, ANY ADDENDA APPLICABLE TO OTHER PRODUCTS AND SERVICES SUCH AS MOBILE ADVERTISING OR ATTRIBUTION SERVICES), AND THE OUTFRONT MEDIA TERMS AND CONDITIONS OF ADVERTISING SERVICE INCORPORATED HEREIN, ALL OF WHICH ADVERTISER HEREBY ACKNOWLEDGES RECEIVING AND APPROVING. ANY MISSING PAGES OF THIS CONTRACT MAY BE OBTAINED OR REQUESTED THROUGH ANY OUTFRONT MEDIA OFFICE OR REPRESENTATIVE IF LOST OR NOT RECEIVED BY ADVERTISER. FACSIMILE OR ELECTRONIC SIGNATURES SHALL HAVE THE SAME FORCE AND EFFECT AS ORIGINAL SIGNATURES. THIS CONTRACT MAY BE EXECUTED IN SEVERAL COUNTERPARTS, EACH OF WHICH SHALL CONSTITUTE ONE AND THE SAME INSTRUMENT. THE AGENCY AND/OR THE SIGNATORY HERETO REPRESENTS AND WARRANTS THAT THEY ARE AUTHORIZED TO EXECUTE THIS CONTRACT ON BEHALF OF AND BIND THE ADVERTISER AND THAT THE ADVERTISER APPROVES SAME.

ACCEPTED AND AGREED TO BY - OUTFRONT MEDIA

DocuSigned by:
BY  Christopher Blue

DATE  11/19/2021 | 4:38:23 PM  EST

ADVERTISER/AGENCY     Aaron Herbert
PLEASE PRINT

DocuSigned by:
Aaron Herbert
1C555C48224942B
AUTHORIZED SIGNATURE     Owner
TITLE
NAME  TITLE

DATE  11/19/2021 | 4:19:42 PM

* Period Codes: M=Monthly; W=Weekly; 4W=4 Weeks; D=Daily; OT=One Time TF=Till Forbid

DocuSign Envelope ID: 23379F5D3-32C7-44CB-B4E2-F6AF92415C2C

# ADVERTISER AGREEMENT

PAGE 2 OF 6

**CONTRACT NO.:** 3385920

**DATE:** 11/17/21

**OUTFRONT media**
1201 Main St. Suite 1700
Dallas, TX 75202
972-243-1100
(972) 243-3906

**ADVERTISER:** Law Firm of Aaron A. Herbert
**BRAND:**
**CAMPAIGN:**

**CLIENT SUPPLIES PRODUCTION:** Yes
**ACCOUNT EXECUTIVE:** Trent Jones (L22)

*Copy must meet Production specifications and be received 10 working days prior to each advertising period.*

THIS AGREEMENT AND THE COPY TO BE DISPLAYED HEREUNDER IS SUBJECT TO THE APPROVAL OF OUTFRONT MEDIA'S MARKET GENERAL MANAGER AND THE OWNER OF THE LOCATION AS APPLICABLE.

**Advertiser Bill-To# 1120172**
Law Firm of Aaron A. Herbert
8330 Lyndon B Johnson Freeway
Suite 700
Dallas, TX 75243-1206
214-347-4259
Attn: Aaron Herbert

Subject to the terms of the Production Information Addendum Page and the OUTFRONT Media Terms and Conditions of Advertising Service each attached hereto and made a part hereof, the advertiser and/or agency listed on this page (collectively, "Advertiser") hereby contracts with Outfront Media LLC ("Company") for the display of advertising copy ("Copy") in the advertising display(s) described below, commencing approximately on the commencement date of the Advertising Period listed below and delivered in accordance with and subject to Company's Specifications for Inventory and Packages located at www.outfrontmedia.com/resources/posting-standards (the "Inventory Specifications"). Advertiser shall provide the Copy in the form and type and within the timeframe specified by Company, including sufficient overage Copy and posting instructions.
See Production Information Addendum page for shipping quantities and addresses for static copy. For further specifications regarding the inventory and packages purchased under this Contract, see the asset descriptions at www.outfrontmedia.com/resources/posting-standards.

| Market/Media | Specifications | #Units | Copy Size | Total Sq. Ft. | Date(s) | No. of Periods | * | Period Cost To The Value / Effective Value | Period Total |
|---|---|---|---|---|---|---|---|---|---|
| Dallas, TX Production Costs | Unit# 2_2158-O I-30 (E.R.L.T.) W/O Dolphin N/S F/W Posting/Install Date 12/06/2: | 1 | 14'x48' | | 12/06/21 | 1.00 | OT | $500.00 | $500.00 |
| Dallas, TX Production Costs | Unit# 2_2202-O I-30 (Tom Landry) 600' W/O Beckley N/S F/W Posting/Install Date 12/06/2: | 1 | 14'x48' | | 12/06/21 | 1.00 | OT | $500.00 | $500.00 |
| Dallas, TX Production Costs | Unit# 2_2041-O I-30 (Tom Landry) .6 Mi W/O Westmoreland S/S F/ Posting/Install Date 12/06/2: | 1 | 14'x48' | | 12/06/21 | 1.00 | OT | $500.00 | $500.00 |

| | |
|---|---|
| Total Net Amount: | $2,500.00 |
| Total Shipping Cost: | $0.00 |
| Total Sales Tax: | $0.00 |
| Net Non-Space Total: | $2,500.00 |

**Ref. Space Contract#**
**Customer Ref#**
**Special Instructions:**

THIS AGREEMENT IS NON-CANCELABLE BY ADVERTISER EXCEPT AS SET FORTH IN THE TERMS AND CONDITIONS ATTACHED HERETO. THIS CONTRACT CONSISTS OF THIS PAGE, THE INVENTORY SPECIFICATIONS LOCATED AT WWW.OUTFRONTMEDIA.COM/RESOURCES/POSTING-STANDARDS, THE PRODUCTION INFORMATION ADDENDUM PAGE, ANY ADDENDA APPLICABLE TO OTHER PRODUCTS AND SERVICES SUCH AS MOBILE ADVERTISING OR ATTRIBUTION SERVICES), AND THE OUTFRONT MEDIA TERMS AND CONDITIONS OF ADVERTISING SERVICE INCORPORATED HEREIN, ALL OF WHICH ADVERTISER HEREBY ACKNOWLEDGES RECEIVING AND APPROVING, ANY INVENTORY SPECIFICATIONS THAT MAY BE OBTAINED OR REQUESTED THROUGH ANY OUTFRONT MEDIA OFFICE OR REPRESENTATIVE IF LOST OR NOT RECEIVED BY ADVERTISER. FACSIMILE OR ELECTRONIC SIGNATURES SHALL HAVE THE SAME FORCE AND EFFECT AS ORIGINAL SIGNATURES. THIS CONTRACT MAY BE EXECUTED IN SEVERAL COUNTERPARTS, EACH OF WHICH SHALL CONSTITUTE ONE AND THE SAME INSTRUMENT. THE AGENCY AND/OR THE SIGNATORY HERETO REPRESENTS AND WARRANTS THAT THEY ARE AUTHORIZED TO EXECUTE THIS CONTRACT ON BEHALF OF AND BIND THE ADVERTISER AND THAT THE ADVERTISER APPROVES SAME.

\* Period Codes: M=Monthly; W=Weekly; 4W=4 Weeks; D=Daily; OT=One Time IT=Till Forbid

DocuSign Envelope ID: X979F5D3-32C7-44CB-B4E2-F6AF82416C2C

# ADVERTISER AGREEMENT

PAGE 3 OF 6

## OUTFRONT/

**OUTFRONTmedia**
1201 Main St. Suite 1700
Dallas, TX 75202
972-243-1100
(972) 243-3906

Advertiser Bill-To# 1120172
Law Firm of Aaron A. Herbert
K330 Lyndon B Johnson Freeway
Suite 700
Dallas, TX 75243-1206
214 347 4529
Attn: Aaron Herbert

| CONTRACT NO: | 3385920 | | DATE: | 11/1/21 |

**ADVERTISER:** Law Firm of Aaron A. Herbert

**BRAND:**

**CAMPAIGN:**

CLIENT SUPPLIES PRODUCTION: Yes

ACCOUNT EXECUTIVE: Trent Jones (L22)

*Copy must meet Production specifications and be received 10 working days prior to each advertising period.*

**THIS AGREEMENT AND THE COPY TO BE DISPLAYED HEREUNDER IS SUBJECT TO THE APPROVAL OF OUTFRONT MEDIA'S MARKET GENERAL MANAGER AND THE OWNER OF THE LOCATION AS APPLICABLE**

Subject to the terms of the Production Information Addendum Page and the OUTFRONT Media Terms and Conditions of Advertising Service each attached hereto and made a part hereof, the advertiser and/or agency listed on this page (collectively, "Advertiser") hereby contracts with Outfront Media LLC ("Company") for the display of advertising copy ("Copy") on the advertising display(s) described below, commencing approximately on the commencement date of the Advertising Period listed below and delivered in accordance with and subject to Company's Specifications for Inventory and Packages located at www.outfrontmedia.com/resources/posting-standards (the "Inventory Specifications"). Advertiser shall provide the Copy in the form and type and within the timeframe specified by Company, including sufficient overage Copy and posting instructions.
See Production Information Addendum page for shipping quantities and addresses for static copy; For further specifications regarding the inventory and packages purchased under this Contract, see the asset descriptions at www.outfrontmedia.com/resources/posting-standards.

| Market/Media | Specifications | #Units | Copy Size | Total Sq. Ft. | Date(s) | No. of Periods | * | Period Cost Tx-Tax Value Enhance Value | Period Total |
|---|---|---|---|---|---|---|---|---|---|
| Dallas, TX Production Costs | Units 2_7493-O L-30 (E.R.L.T1) 180' F/O Ferguson S/S F/E Posting/Install Date 12/06/21 | 1 | 14'x48" | | 12/06/21 | 1.00 | OT | $500.00 $500.00 | $500.00 |
| Dallas, TX Production Costs | Units 2_8017-O L-30 (E.R.L.T1) 1 Mi E/O Winslow N/S F/E Posting/Install Date 12/06/21 | 1 | 14'x48" | | 12/06/21 | 1.00 | OT | $500.00 $500.00 | $500.00 |

Ref. Space Contract#
Customer Ref#
Special Instructions:

THIS AGREEMENT IS NON-CANCELABLE BY ADVERTISER EXCEPT AS SET FORTH IN THE TERMS AND CONDITIONS ATTACHED HERETO. THIS CONTRACT CONSISTS OF THIS PAGE, THE INVENTORY SPECIFICATIONS LOCATED AT WWW.OUTFRONTMEDIA.COM/RESOURCES/POSTING-STANDARDS, THE PRODUCTION INFORMATION ADDENDUM PAGE, ANY ADDENDA APPLICABLE TO OTHER PRODUCTS AND SERVICES SUCH AS MOBILE ADVERTISING OR ATTRIBUTION SERVICES, AND THE OUTFRONT MEDIA TERMS AND CONDITIONS OF ADVERTISING SERVICE INCORPORATED HEREIN, ALL OF WHICH ADVERTISER HEREBY ACKNOWLEDGES RECEIVING AND APPROVING. BY SIGNING THIS CONTRACT ADVERTISER MAY BE OBTAINED OR REQUESTED THROUGH ANY OUTFRONT MEDIA OFFICE OR REPRESENTATIVE IF LOST OR NOT RECEIVED BY ADVERTISER. FACSIMILE OR ELECTRONIC SIGNATURES SHALL HAVE THE SAME FORCE AND EFFECT AS ORIGINAL SIGNATURES. THIS CONTRACT MAY BE EXECUTED IN SEVERAL COUNTERPARTS, EACH OF WHICH SHALL CONSTITUTE ONE AND THE SAME INSTRUMENT. THE AGENCY AND/OR THE SIGNATORY HERETO REPRESENTS AND WARRANTS THAT THEY ARE AUTHORIZED TO EXECUTE THIS CONTRACT ON BEHALF OF AND BIND THE ADVERTISER AND THAT THE ADVERTISER APPROVES SAME.

* Period Codes: M=Monthly; W=Weekly; 4W=4 Weeks; D=Daily; OT=One Time TF=Till Forbid

DocuSign Envelope ID: 2379F503-32C7-44CB-84E2-F6AF92416C2C

# OUTFRONT/

## ADVERTISER AGREEMENT - PRODUCTION INFORMATION ADDENDUM

PAGE 4 OF 6

Advertiser Bill-To# 1120172
Law Firm of Aaron A. Herbert
8330 Lyndon B Johnson Freeway
Suite 760
Dallas, TX 75243-1206
214 347-4259
Attn: Aaron Herbert

CONTRACT NO.: 3385920

**ADVERTISER:** Law Firm of Aaron A. Herbert
**BRAND:**
**CAMPAIGN:**

DATE: 11/17/21

ACCOUNT EXECUTIVE: Trent Jones (L22)

*Copy must meet Production specifications and be received 10 working days prior to each advertising period.*
THIS AGREEMENT AND THE COPY TO BE DISPLAYED HEREUNDER IS SUBJECT TO THE APPROVAL OF OUTFRONT MEDIA'S
MARKET GENERAL MANAGER AND THE OWNER OF THE LOCATION AS APPLICABLE

| Market | Media Location(s) | Size | Copy Due Date | Shipping Quantity | Shipping Address | Service AE | Est. Fab Per Sq Ft |
|---|---|---|---|---|---|---|---|
| Dallas, TX | Bulletins/General Coverage/Unit# 2_2158-O<br>I-30 (E.R.L.T.) W/O Dolphin N/S F/W | 14'x48' | 11/18/21 | 1 | OUTFRONT Media<br>1100 Harrison Ave.<br>Suite 120<br>Arlington, TX 76011<br>(972) 243-1100<br>Attn Outdoor Operations | | |
| Dallas, TX | Bulletins/General Coverage/Unit# 2_6202-O<br>I-36 (Tom Landry) 600' W/O Beckley N/S F/W | 14'x48' | 11/18/21 | 1 | OUTFRONT Media<br>1100 Harrison Ave.<br>Suite 120<br>Arlington, TX 76011<br>(972) 243-1100<br>Attn Outdoor Operations | | |
| Dallas, TX | Bulletins/General Coverage/Unit# 2_7047-O<br>I-30 (Tom Landry) .6 Mi W/O Westmoreland S/S F/E | 14'x48' | 11/18/21 | 1 | OUTFRONT Media<br>1100 Harrison Ave.<br>Suite 120<br>Arlington, TX 76011<br>(972) 243-1100<br>Attn Outdoor Operations | | |
| Dallas, TX | Bulletins/General Coverage/Unit# 2_7493-O<br>I-30 (E.R.L.T.) 300' E/O Ferguson S/S F/E | 14'x48' | 11/29/21 | 1 | OUTFRONT Media<br>1100 Harrison Ave.<br>Suite 120<br>Arlington, TX 76011<br>(972) 243-1100<br>Attn Outdoor Operations | | |
| Dallas, TX | Bulletins/General Coverage/Unit# 2_8017-O<br>I-30 (E.R.L.T.) .1 Mi E/O Winslow N/S F/E | 14'x48' | 11/18/21 | 1 | OUTFRONT Media<br>1100 Harrison Ave.<br>Suite 120<br>Arlington, TX 76011<br>(972) 243-1100<br>Attn Outdoor Operations | | |

# OUTFRONT MEDIA TERMS AND CONDITIONS OF ADVERTISING SERVICE

**1. Scope of the Contract.** The "Contract" consists of these terms and conditions, the facing page, the Production Information Addendum, any attached addenda applicable to other products and services (such as mobile advertising or attribution services), if any, and Company's Specifications for Inventory and Packages located at www.outfrontmedia.com/resources/posting-standards (the "Inventory Specifications"), which are incorporated by reference herein. If an advertising agency or other agent or licensee of Advertiser ("Agency") is entering into this Contract on Advertiser's behalf, Agency represents that it has the authority to act and is acting as agent for Advertiser.

**2. Delivery of Copy.** At least ten working days before the estimated start date (unless otherwise agreed in writing by Company or set forth in the Inventory Specifications), Advertiser, at its sole expense, shall furnish and deliver to Company or to service points designated by Company sufficient supply of advertising copy ("Copy"), in the form and type specified by Company, with all necessary overage supply and posting instructions. If Copy is not timely and properly received in accordance with the Contract, a loss of service may occur and additional costs may be charged by Company, although commercially reasonable efforts will be used to post late Copy as promptly as practicable after receipt from Advertiser. If Advertiser requests expedited installation within five working days of Company's receipt of late Copy, a fee of not less than $650 per location will be payable. Company may use the location(s) in any manner prior to posting the late received Copy without limiting Advertiser's liability to pay for such location(s).

**3. Copy Approval and Responsibility for Content.** The character, design, text and illustrations on Copy and the material used are subject to approval by Company and by the location owner, transit company/authority or third party controlling the location ("Owner"). Nudity, pornographic, profane or obscene Copy is prohibited. If Copy is rejected, Advertiser shall provide acceptable replacement Copy within ten days of notification of rejection. If Advertiser fails to provide acceptable replacement Copy within such ten-day period, Company shall have the right to use the location(s) involved in any manner, without releasing Advertiser from its obligation to pay for such location(s). If after installation or posting, the Owner of a display disapproves any advertisement or if Company determines that adverse publicity, reputational harm or liability to Company or third parties has or is likely to result from any display, Company shall have the right to remove the advertisement and, at its option, either terminate this Contract or request new acceptable Copy in accordance with this paragraph. Advertiser shall indemnify, defend and save harmless Company and Owner against all claims and liabilities (including reasonable attorneys' fees and expenses) arising out of the advertising material displayed under this Contract, including, but not limited to, any claim for defamation, fraud, misrepresentation, any claim for infringement of any copyright, trademark, or other intellectual property right, or any claim for violation of any right of privacy, common law right or any other right of any person or entity.

**4. Publicity for Certain Copy.** If the Copy concerns a political, religious or social issue, Advertiser (including Agency) shall not make any press release or other public announcement or media outreach regarding this Contract or the related Copy that refers to Company without Company's express prior written consent (which consent may be granted or denied in Company's sole discretion), except as required under applicable law, in which case Advertiser shall obtain the approval of Company as to the form, nature and extent of the press release, public announcement or media outreach prior to issuing the press release or making the public announcement.

**5. Inspection of Displays.** Advertiser shall inspect each display within three days after installation or posting. Unless Advertiser gives written notice to Company specifying any defect within such three-day period, the display shall be conclusively presumed to have been inspected and approved by Advertiser for all purposes whatsoever, including the content and location of displays.

**6. Maintenance and Damage.** Company will use commercially reasonable efforts to maintain static displays in good condition to the extent of matters reasonably within Company's control. Should Advertiser's static Copy be lost, stolen, damaged, defaced, or deteriorated for any reason whatsoever, including ordinary wear and tear, Advertiser shall furnish replacement Copy, upon Company's request, without liability or expense to Company. If Advertiser fails to provide such replacement Copy, Company may use the location in any manner, without releasing Advertiser from its obligation to pay for such location. Any repainting or reposting requested by Advertiser in addition to that specified herein shall be paid by Advertiser in advance per Company's current quoted prices.

**7. Inability to Post Copy.** If for any reason whatsoever (i) Company is unable to secure any specified location or loses the right to use any location, or (ii) Company posts fewer locations or less Copy than specified, or (iii) any location becomes obstructed, destroyed or defaced, or (iv) Company fails to display digital Copy in accordance with the minimum display standard for digital displays as set forth in the Inventory Specifications, or (v) Company fails to deliver the minimum number of guaranteed impressions in accordance with the Inventory Specifications (where Company has provided an impression guarantee), or (vi) Company otherwise fails to meet its obligations hereunder, such failure shall not be deemed a breach or termination of this Contract and shall not render Company liable for any damages or offsets of any kind other than as set forth in this paragraph. As Advertiser's sole remedy and Company's sole obligation for any such failure (except where a more specific remedy is expressly provided for in this Contract), Company shall, at its sole option, either (A) extend the Advertising Period and/or post additional Copy to provide an equivalent amount of advertising service at the contracted location or a replacement location of equal value (per Company's prices and/or classifications), (B) provide a pro-rated credit for advertising services equivalent to the amounts paid for services not rendered, or (C) terminate the Contract in whole or in part and receive payment in full for services rendered through the termination date, with all other remedies at law or equity being expressly waived by Advertiser.

**8. Illumination of Static Displays.** Where illuminated static displays are provided, illumination will be from dusk to midnight unless otherwise specified by Company for a specific display. If illumination is halted or reduced for any reason, including, but not limited to, compliance with law or malfunction of equipment, and such period of halted or reduced illumination continues for more than five days after Company's receipt of notice from Advertiser, as Advertiser's sole remedy for such illumination failure, Advertiser shall receive a credit for the period of reduced or non-illumination at the rate of 15% of the contract price for the impacted period.

**9. Invoicing and Payment.** Invoicing will be rendered monthly in advance dating from the commencement date of the first Advertising Period. Where the facing page of this Contract specifies delivery by impressions and Company approves payment in arrears, invoicing will be rendered monthly as of the last business day of each month during the Advertising Period and following the end of the Advertising Period based on the number of impressions delivered during the prior monthly period or part thereof. Invoices rendered to Advertiser shall be conclusive as to the correctness of the items stated unless Company receives written objection within 15 days of the invoice date. Non-receipt of invoices or lack of invoicing shall not impact Advertiser's liability hereunder. All rates and adjustments are computed on the basis of 30 days to the month, unless

a different period is specified on the facing page of this Contract. Invoices shall be due 30 days after the date of invoice and failure to pay within such timeframe shall result in a default hereunder and shall further be deemed a default under any other agreements with Company. Invoices not paid when due shall accrue interest at the rate of 1.5% per month (18% annually), or such lesser rate permitted by law. Additionally, any discounts given shall be forfeited/reversed for invoices not paid within 60 days from the date thereof. Notwithstanding the foregoing, in the event that Company accepts payment by ACH or credit card, Company shall have the right, at Company's option, to either (i) require Advertiser to pay all amounts due or coming due under the Contract on the date of the ACH or credit card payment or (ii) require Advertiser to set up recurring payments whereby Advertiser's ACH or credit card is charged on each invoice date for the full invoice amount.

10. Credit Approval. Acceptance of this Contract is subject to credit check and approval by Company. Company, in its sole discretion, may extend or reject credit, or at any time during the term withdraw credit, and Company may thereupon require partial or full payment of the remaining contract amount in advance.

11. Advertiser Default. In the event of default or material breach by Advertiser, in addition to other remedies available at law, Company may: (i) cancel this Contract without prior notice and demand payments of all amounts remaining due and owing; (ii) without terminating this Contract, declare the entire balance of payments to be made hereunder immediately due and payable; (iii) remove all of Advertiser's Copy without limiting Advertiser's liability hereunder; and/or (iv) declare Advertiser in default under any other agreement with Company. Waiver by Company of any breach by Advertiser hereunder shall not prejudice the rights of Company with respect to any breach not specifically waived by Company.

12. Unused Copy. Company shall not be held responsible for unused posters, displays or other Copy provided by Advertiser and Company may dispose of any such materials in its discretion. Company may promote Company's own business through the use of Advertiser's Copy or displays in any manner whatsoever.

13. General. This Contract contains the full agreement of the parties, and no prior representation or assurance, verbal or written not contained herein, shall affect or alter the obligations of either party hereto. Company and Advertiser accept this Contract subject to all federal, state and municipal laws and regulations. In the event any advertisement becomes illegal, Company reserves the right to terminate same upon notice to Advertiser. This Contract is not cancelable or assignable by Advertiser, nor may the subject of the advertising be changed without the consent of Company. All parties comprising Advertiser hereunder, including Agency, shall be jointly and severally liable under this Contract. This Contract and all related claims shall be construed according to the laws of the State of New York and New York County, New York shall be the proper and exclusive legal jurisdiction and venue for any resulting legal action. Company is an Equal Opportunity Employer.

14. Counterpart Signatures. This Contract may be executed in numerous counterparts, all of which shall be considered one and the same agreement. For purposes of this Contract, facsimile or electronic signatures shall be considered original signatures.

——————————————— End of Terms and Conditions ———————————————

EXHIBIT C

EXHIBIT C

# EXHIBIT #__C__

EXHIBIT C



**Law Firm of Aaron A. Herbert, P.C.**
**Statement of Account**
**September 26, 2023**

| Contract Number | Invoice Number | Invoice Date | Invoice Amount | Interest thru 9/26/23 | Ending Balance |
|---|---|---|---|---|---|
| 3385920 | 5365524 | 12/14/21 | 2,500.00 | 776.25 | 3,276.25 |
| 3385920A | 5364508 | 12/10/21 | 6,400.00 | 2,000.00 | 11,676.25 |
| | 5380936 | 01/01/22 | 6,400.00 | 1,929.60 | 20,005.85 |
| | 5380937 | 01/01/22 | 6,400.00 | 1,929.60 | 28,335.45 |
| | 5407788 | 02/01/22 | 6,400.00 | 1,830.40 | 36,565.85 |
| | 5431388 | 03/01/22 | 6,400.00 | 1,740.80 | 44,706.65 |
| | 5457070 | 04/01/22 | 6,400.00 | 1,641.60 | 52,748.25 |
| | 5484444 | 05/01/22 | 6,400.00 | 1,545.60 | 60,693.85 |
| | 5516186 | 06/01/22 | 6,400.00 | 1,446.40 | 68,540.25 |
| | 5550150 | 07/01/22 | 6,400.00 | 1,350.40 | 76,290.65 |
| | 5581275 | 08/01/22 | 6,400.00 | 1,251.20 | 83,941.85 |
| | 5613773 | 09/01/22 | 6,400.00 | 1,152.00 | 91,493.85 |
| | 5648157 | 10/01/22 | 6,400.00 | 1,056.00 | 98,949.85 |
| | 5677770 | 11/01/22 | 6,400.00 | 956.80 | 106,306.65 |
| 3385920B | 5365525 | 12/14/21 | 1,600.00 | 496.80 | 108,403.45 |
| | 5380938 | 01/01/22 | 1,600.00 | 482.40 | 110,485.85 |
| | 5407789 | 02/01/22 | 1,600.00 | 457.60 | 112,543.45 |
| | 5431389 | 03/01/22 | 1,600.00 | 435.20 | 114,578.65 |
| | 5457071 | 04/01/22 | 1,600.00 | 410.40 | 116,589.05 |
| | 5484445 | 05/01/22 | 1,600.00 | 386.40 | 118,575.45 |
| | 5484446 | 05/01/22 | 1,600.00 | 386.40 | 120,561.85 |
| | 5516187 | 06/01/22 | 1,600.00 | 361.60 | 122,523.45 |
| | 5550151 | 07/01/22 | 1,600.00 | 337.60 | 124,461.05 |
| | 5581276 | 08/01/22 | 1,600.00 | 312.80 | 126,373.85 |
| | 5613774 | 09/01/22 | 1,600.00 | 288.00 | 128,261.85 |
| | 5648158 | 10/01/22 | 1,600.00 | 264.00 | 130,125.85 |
| | 5677771 | 11/01/22 | 1,600.00 | 239.20 | 131,965.05 |
| | | **Totals** | **$ 106,500.00** | **$ 25,465.05** | **$ 131,965.05** |

EXHIBIT B

Clerk of the Superior Court
*** Electronically Filed ***
C. McWhorter, Deputy
9/27/2023 3:57:40 PM
Filing ID 16663156

Person/Attorney Filing: Claudio E Iannitelli
Mailing Address: 5353 North 16th St. Suite 315
City, State, Zip Code: Phoenix, AZ 85016
Phone Number: (602)952-6000X111
E-Mail Address: cei@imlawpc.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 012759, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

OUTFRONT Media LLC
Plaintiff(s),
v.
Law Firm of Aaron A. Herbert, P.C.
Defendant(s).

Case No. **CV2023-014976**

**CERTIFICATE OF
COMPULSORY ARBITRATION**

I certify that I am aware of the dollar limits and any other limitations set forth by the
Local Rules of Practice for the Maricopa County Superior Court, and I further certify that
this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of
the Arizona Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this

By: Claudio E Iannitelli /s/
Plaintiff/Attorney for Plaintiff

# EXHIBIT C

# CARDEN LIVESAY
### — LTD —
## ATTORNEYS AT LAW

Joshua W. Carden, SBN 021698
419 East Juanita Avenue, Suite 103
Mesa, AZ 85204
joshua@cardenlivesay.com
T. (480) 345-9500
F. (480) 345-6559
*Attorney for Plaintiff*

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| OUTFRONT MEDIA LLC, | Case No: CV2023-014976 |
| Plaintiff, | **NOTICE OF FILING OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA** |
| v. | |
| LAW FIRM OF AARON A. HERBERT, P.C., | |
| Defendant. | (Assigned to the Hon. Frank Moskowitz) |

PLEASE TAKE NOTICE that on this 15th day of January, 2024, Defendant, Law Firm of Aaron A. Herbert, P.C., by its undersigned counsel, filed its Notice of Removal of this action to the United States District Court for the District of Arizona.  A true copy of the Notice of Removal is attached hereto as Exhibit 1.

Pursuant to 28 U.S.C. § 1446(d), the Superior Court for the State of Arizona, in and for Maricopa County, may not proceed further with this matter.

RESPECTFULLY SUBMITTED this 15th day of January, 2024,

CARDEN LIVESAY, LTD.

By: /s/Joshua W. Carden
Joshua W. Carden
*Attorneys for Plaintiff*
*Law Office of Aaron A. Hebert, P.C.*



1

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of January, 2024, I electronically filed Defendant Law Office of Aaron A. Herbert P.C.'s Notice of Removal using the TurboCourt system for filing and served via email to the following:

Iannitelli Marcolini, P.C.
Claudio E. Iannitelli (cei@imlawpc.com)
5353 North 16th Street, Suite 315
Phoenix, Arizona 85016
(602) 952-6000
*Attorneys for Defendant*
*Outfront Media LLC.*

By: /s/Mary Davis



Exhibit 1

# CARDEN LIVESAY
### LTD
## ATTORNEYS AT LAW

Joshua W. Carden, SBN 021698
419 East Juanita Avenue, Suite 103
Mesa, AZ 85204
joshua@cardenlivesay.com
T. (480) 345-9500
F. (480) 345-6559
*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Outfront Media LLC, a Delaware limited liability company, | |
| Plaintiff, | **NOTICE OF REMOVAL** |
| v. | |
| Law Firm of Aaron A. Herbert, P.C., a Texas professional corporation, | |
| Defendant. | |

Defendant Law Firm of Aaron A. Herbert, P.C. ("Defendant"), by and through undersigned counsel, pursuant to 28 U.S.C. §§ 1332 and 1441, hereby gives notice of removal of this action from the Superior Court for the State of Arizona, in and for the County of Maricopa, to the United States District Court for the District of Arizona. The grounds for this removal are as follows:

1.    On September 27, 2023, Plaintiff, Outfront Media LLC, filed this breach of contract action in the Superior Court for the State of Arizona, in and for the County of Maricopa, captioned as *Outfront Media LLC v. Law Firm of Aaron A. Herbert, P.C.*, Case No. CV2023-014976 (the "State Court Action"), alleging breach of contract.

2.    Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of the operative complaint against Defendant ("Complaint") in the State Court Action is attached to this Notice as Exhibit



1

A, and true and correct copies of all other process, pleadings and orders purportedly served upon Defendant in the State Court Action are attached to this Notice as Exhibit B.

3.    Plaintiff served Defendant with the Summons and the Complaint in the State Court Action on or about December 22, 2023. *See* Exhibit B.  This notice is therefore timely pursuant to 28 U.S.C. § 1446(b).

4.    This Court has subject matter jurisdiction over the Complaint because of diversity of citizenship pursuant to 28 U.S.C. § 1332.

5.    Diversity jurisdiction exists in this matter, in that:

   a.    Plaintiff, Outfront Media LLC, is a Delaware limited company authorized to transact business in Arizona.

   b.    Defendant, the Law Firm of Aaron A. Hebert, is a professional corporation incorporated in the state of Texas and maintains its principal place of business in Dallas, Texas.

6.    Additionally, the amount in controversy as pleaded in the Complaint herein exceeds $75,000.00, exclusive of interest and costs.  28 U.S.C. § 1332(a).

7.    Because Plaintiff and Defendant are citizens of different states and the matter in controversy exceeds the sum or value of $75,000.00 exclusive of interest and costs, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 and this case is removable to this Court pursuant to 28 U.S.C. §§ 1441 and 1446(b).

8.    By filing this Notice of Removal, Defendant does not waive any defenses available at law, in equity, or otherwise.

9.    Counsel for Defendant certifies pursuant to LRCiv. 3.6(a) that a Notice of Filing of Notice of Removal, a true and correct copy of which is attached as Exhibit C, has been filed with the Clerk of the Maricopa County Superior Court on behalf of Defendant.

WHEREFORE, Defendant respectfully requests that the above-referenced civil action proceed in the United States District Court for the District of Arizona as an action properly removed thereto under 18 U.S.C. § 1332 and 1441.



DATED this 15th day of January, 2024,

CARDEN LIVESAY, LTD.

By: /s/Joshua W. Carden
Joshua W. Carden
*Attorneys for Plaintiff*
*Law Office of Aaron A. Herbert, P.C.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of January, 2024, I electronically filed Defendant Law Office of Aaron A. Herbert P.C.'s Notice of Removal using the CM/ECF system for filing and served via ECF system and/or email to the following:

IANNITELLI MARCOLINI, P.C.
Claudio E. Iannitelli (cei@imlawpc.com)
5353 North 16th Street, Suite 315
Phoenix, Arizona 85016
(602) 952-6000
*Attorneys for Defendant*
*Outfront Media LLC.*

/s/Mary Davis

